UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

H. Lewis Packaging, LLC

V.

Spectrum Plastics, Inc.

Case Number: 3:02 cv 2259 (PCD)

FILED
Oct 27   2 21 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on 10/17/03 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 17, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled. Jurisdiction will be retained for the purpose of any settlement agreement.

Dated at New Haven, Connecticut, October 27, 2003.

KEVIN F. ROWE, CLERK

By: *P. A. Villano*
Patricia A. Villano
Deputy Clerk