3:02CV2259 PCD /JK

H. Lewis Packaging v. Spectrum Plastics

3A

FILED Oct 30 2 32 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

# SETTLEMENT AGREEMENT
# FULL AND FINAL RELEASE OF ALL CLAIMS
# AND CONFIDENTIALITY AGREEMENT

This Settlement Agreement, Full and Final Release of All Claims and Confidentiality Agreement ("Agreement"), as of the 27th day of October, 2003, is made by and among H Lewis Packaging, LLC ("Lewis"), a Connecticut limited liability corporation with a place of business at 44 Laurel Ledge Court, Stamford, Connecticut, and Spectrum Plastics, Inc. ("Spectrum"), a California corporation with a place of business at 12850 Midway Place, Cerritos, California; and Howard Weinstein, an individual and President and/or Operating Manager of Lewis, and Andrew Finkel, an individual and salesman and/or agent for Lewis; and Allen Golbert, an individual and Executive Vice President and Chief Operating Officer of Spectrum, Les Yager, an individual and Vice President of Sales and Marketing for Spectrum, and Frank Su, an individual and President of Spectrum; all collectively referred to hereinafter as "the Parties."

## RECITALS

**WHEREAS**, LEWIS is the plaintiff and SPECTRUM is the defendant in an action pending in the United States District Court for the District of Connecticut, entitled <u>H Lewis Packaging, LLC v. Spectrum Plastics, Inc.</u>, bearing Docket No. 3:02-CV-2259 (PCD) (New Haven Federal District Court)(the "Civil Action"); and

**WHEREAS,** although Spectrum denies Lewis's claims and Lewis denies any Spectrum claims, the Parties now desire to terminate the Civil Action and to resolve, compromise and settle their disputes pursuant to the terms and conditions set forth below;

**NOW, THEREFORE,** for and in consideration of the foregoing, the good and valuable consideration that is set forth below, the dismissal with prejudice of claims contained in the Civil

[handwritten left margin: December 16, 2003. Treated as a Rule 41(a) (F.R.Civ.P.) Stipulation. The case is hereby dismissed. The Clerk shall close the file.]

FILED 2003 DEC 16 9:32 U.S. DISTRICT COURT NEW HAVEN